UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

KENT TYLER

05 - DOCKET NO. 11750 ROC

DEFENDANT'S MOTION TO DISMISS
UNITED STATES MARSHALS DETAINER

    Now comes the Defendant, Kent Tyler, pro-se, in the above-entitled matter who hereby moves this Honorable Court to **Dismiss/Withdraw** United States Marshals Detainer, which was lodged against him first on February 25, 1998, **(SEE EXHIBIT "A")**, attached hereto for reference; [1]/ Then for the second time on October 30, 1998, **(SEE EXHIBIT "C")**, attached here for reference.

    In support hereof the Defendant states the following:

    1. An individual whom a **Detainer** is lodged against, must be indicted within 30 days pursuant to **18 U.S.C.A. §3161(b)**.

---

[1]/ On March 5, 1998, the Defendant filed for a **Speedy Trial (SEE EXHIBIT "B")**, attached hereto for reference.

Motion to dismiss, cont.    -2-

2. The Detainer has been lodged against the Defendant, for over seven years to the Defendant's prejudice as follows:

- A) The Defendant was returned to State Prison for violation of his parole as a direct result of the lodging of said detainer.

- B) During the past seven years the Defendant as a direct result of this Detainer has not been allowed by law to further his rehabiliation by going to minimum security and/or Pre-Release.

3. Finally, the Massachusetts Parole Board on August 4, 2005, voted six-0 to reinstate the Defendant's parole conditioned upon this Detainer being dismissed/withdrawn **(SEE EXHIBIT "E")**, attached hereto for reference.

4. Had the Defendant been properly indicted he would have been entitled to a Speedy Trial within **180 days,** and more likely than not would have received a concurrent sentence with his State Prison Sentence, and would have been allowed to participate in lower security and pre-release.

5. The Defendant also contend that the Statute of limitations may have also been violated as a result of the seven year delay to prosecute.

Motion to dismiss, cont.        -3-

**WHEREFORE,** the Defendant pray that the Court allow the instant motion and Dismiss/Withdraw the Detainer with prejudice.

Respectfully submitted by
the Defendant, pro-se:

*Kent Tyler*
Kent Tyler, pro-se
P.O. Box #43
Norfolk, Massachusetts.
02056

Dated: __8/15/05__, 2005.