UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                    DOCKET NO. _____

KENT TYLER         PETITION FOR A WRIT OF HABEAS **05-11750 RGS**
                   <u>CORPUS AD-TESTIFICANDUM</u>

    Now comes the Defendant, Kent Tyler, pro-se, in the above-entitled matter who hereby moves that this Honorable Court set a day upon it's calendar for a hearing on the within Motion to Dismiss United States Marshals Detainer. In support hereof, see Exhibits A-D respectively.

    The Defendant is currently housed at the Massachusetts Correctional Institution at Norfolk, in the care and custody of Luis Spencer, Superintendent.

                                            Respectfully submitted by
                                            the Defendant pro-se:

                                            */s/ Kent Tyler*
                                            Kent Tyler, pro-se
                                            P.O. Box #43
                                            Norfolk, Massachusetts.
                                            02056

Dated: __8/15_____, 2005.

CERTIFICATE OF SERVICE

I, Kent Tyler, do hereby certify that I on this **15** day of **August**, 2005, caused a copy of the Defendant's Motion to Dismiss U.S. Marshals Detainer, and Petition for a writ of habeas corpus Ad-Testificandum to be served upon the following via U.S. Mail postage pre-paid:

Marianne B. Bowler,
Chief-Magistrate-Judge
1 Courthouse Way
Boston, Mass. 02210

James B. Farmer,
Attorney General's Office
Chief Criminal Dept.
Suite #9200
1 Courthouse Way
Boston, Mass. 02210

Anthony Dichio,
United States Marshals Office
1 Court House Way
Boston, Massachusetts. 02210

/s/ *Kent Tyler*
Kent Tyler, pro-se

05 - 11750 RGS

E X H I B I T S

"A" DETAINER DATED 2/25/98;

"B" NOTICE OF A SPEEDY TRIAL DATED 3/5/98;

"C" DETAINER DATED 10/30/98;

"D" NOTICE OF DETAINER DATED 10/30/98

"E" NOTICE OF PAROLE DATED AUGUST 10,2005.

OCT 30 '98 08:43 FR U.S.M.D-MA WARRANTS   617 748 2579 TO    277168      P.02

# UNITED STATES MARSHALS SERVICE

# DETAINER
(See USMM 622.04)

EXHIBIT "D"



TO:  MASSACHUSETTS CORRECTIONAL INST.        DATE:  October 30, 1998
     P.O. BOX 43
     NORFOLK, MA 02056
     ATTN: RECORDS                            SUBJECT:  TYLER, KENT
                                                         DOB: 07/12/54

Please accept this Detainer against the above-named subject who is currently in your custody

When the subject is to be released from your custody, please notify this office at once so that we may assume custody if necessary. If subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at time of transfer and advise this office.

The notice requirements of the Speedy Trial Act of 1974 (P.L. 93-619) apply if the Detainer is based on pending Federal criminal charges which have not yet been tried. The notice requirement provisions do not apply to Detainers lodged for charges which have already been tried or for which no trial is required, such as parole revocation Detainers or sentencing Detainers. Further, the notice requirement provisions would not apply to Detainers lodged against prisoners who have not yet been sentenced at the time the Detainer is lodged. If there is an "X" mark in the following space, the notice requirements of the Speedy Trail Act apply and you are requested to give a copy of the Detainer to the prisoner and to complete the attached Form USM-17, NOTIFICATION REQUIREMENTS - SPEEDY TRIAL ACT, in duplicate, and return both copies of the Form USM-17 to this office with receipted copies 2 and 3 of this Detainer. [ ]

Special instructions also apply when the Detainer is based on a warrant issued by the U.S. Parole Commission. If there is an "X" mark in the following space, please follow the instructions on the reverse of this form, acknowledge receipt on copies 2 and 3 of this Detainer and return them to this office in the enclosed self-addressed envelope. [ ]

If there are no "X" marks in the above blocks, no further action is required except you are requested to give a copy of the Detainer to the Prisoner and to acknowledge receipt of this Detainer on copies 2 and 3 and return them to this office in the enclosed self-addressed envelope.

|  RECEIPT  |
|---|
| Date: 10-30-98 |
| Signed: Christine Mielman |
| Title: Records Supervisor |

Very truly yours,

NANCY J. MCGILLIVRAY
UNITED STATES MARSHAL

*Karen Dinsmore*

by: Karen J. Dinsmore
    Enforcement Desk
    (617) 748-2561

2-RECEIPT  COPY USMS           **DETAINER**                    FORM USM 16




# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Parole Board

45 Hospital Road
P.O. Box 647
Medfield, Massachusetts 02052

Telephone # (508) 242-8001
Facsimile # (508) 242-8100

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Maureen E. Walsh**
*Chairman*

**Donald V. Giancioppo**
*Executive Director*

EXHIBIT "E"

**RECORD OF DECISION**
IN THE MATTER OF  *J. Kent Tyler*
**KENT TYLER**
W—36204  *received this decision*
*on 8-10-05*

| | |
|---|---|
| **TYPE OF HEARING:** | Review |
| **DATE OF HEARING:** | August 2, 2005 |
| **DATE OF DECISION:** | August 4, 2005 |

*witness Don J. Fenter*
*J P.O. MCI-Norfolk, BSCC*

**PARTICIPATING BOARD MEMBERS:**   Daniel Dewey, Doris Dottridge, Candace Kochin, Deborah McDonagh, Thomas F. Merigan, Jr., Maureen Walsh

**DECISION OF THE BOARD:**   Reserve to Federal warrant. If federal authorities do not go forward with indictment, reserve after six months in pre-release to LTRTP [Long Term Residential Treatment Program]. Mr. Tyler was under parole supervision for seven years prior to this violation. Mr. Tyler has completed CRA [Correctional Recovery Academy] and will benefit with a gradual transition back into the community.

*Special conditions:* Release to other authority-Federal Warrant if released follow conditions. Waive work for program. Supervise for drugs; testing required. Supervise for liquor abstinence; testing required. Report to assigned MA Parole Office on day of release. Complete long term residential treatment program and aftercare. Alcoholics Anonymous or Narcotics Anonymous at least three times a week per program.

| | |
|---|---|
| Board Member 1: | Concur. |
| Board Member 2: | Concur w[ith] final vote. |
| Board Member 3: | Concur. |
| Board Member 4: | Concur. |
| Board Member 5: | Concur. |
| Board Member 6: | [Concur.] |

*I certify that this is the decision and reasons of the Massachusetts Parole Board regarding the above referenced hearing.*

_____        8/9/05
Executive Director                           Date

EXHIBIT "C"

## WARRANTS
### MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK

NAME AND NUMBER: __TYLER, Kent__   __W-36204__   DATE __10/30/98__

| DOCKET NUMBER | COURT OF ISSUE | TYPE OF WARRANT | CHARGE | DATE OF ISSUUE | DISPOSITION |
|---|---|---|---|---|---|
| | U.S. Marshals Service | Detainer & Request to Notify | | 10-30-98 | Lodged |

You have the right to apply for a speedy trial on any untried indictment or complaint from any Court in the Commonwealth under Mass. Rule 36 (b) and Chapter 279, Section 3 of Massachusetts General Laws.

From:   Records

cc:   Central Records
      Inmate

UNITED STATES MARSHALS SERVICE

**NOTIFICATION REQUIREMENTS - SPEEDY TRIAL ACT**

Pursuant to the provisions of the Speedy Trial Act of 1974, P.L. 93-619, Title 18, U.S.C. § 3161(j)(1) and (2), any person serving a term of imprisonment in any penal institution, against whom a Detainer is lodged (based on pending Federal criminal charges which have not yet been filed) must be advised that a Detainer has been filed and that he/she has the right to demand speedy trial on those charges. Accordingly, please advise the subject indicated on the Detainer that a Detainer has been filed against him/her and that under the Act, he/she has the right to demand speedy trial on the charges. If your office does not have an official form for such purposes, the statements contained in this Form below may be used.

**INSTRUCTIONS FOR COMPLETION OF STATEMENTS**

1. Please read or show the following to the subject:

"You are hereby advised that a Detainer has been filed against you on __February 25,__ 19__98__, on the basis of Federal criminal charges filed against you in the U.S. District Court for the District of __Massachusetts__, a copy of which is attached. With regard to answering these charges, you are hereby advised that you have the right to demand a speedy trial under the Speedy Trial Act of 1974, P.L. 93-619. If you have any questions regarding the provisions of the Act, you should contact your attorney or the U.S. Attorney for the District of __Massachusetts__."

2. Please execute the following:

"The foregoing was read to or by subject and a copy of the Detainer and the charges upon which it is based was delivered to him on this __5th__ day of __March__ 19__98__.

Signed _Christine Hileman_ Title _Records Supv._

3. Please have prisoner execute the following:

"I have read or have been read the above paragraph notifying me that a Detainer has been lodged against me and that I have the right to demand speedy trial on the charges. I (do) (~~do not~~) demand a speedy trial on these charges. I understand that if I do request a speedy trial this request will be delivered to the Office of the United States Attorney who caused the Detainer to be filed. Further, I understand that if at any time hereafter I desire to demand speedy trial and have not already done so, I can inform my custodian who will then cause the request to be forwarded to the appropriate U.S. Attorney."

_Christine Hileman_                _Kent Tyler_
(Witness)                          (Signature of Prisoner and Date)

                                   KENT TYLER
                                   (Typed or Printed Name of Prisoner)

4. If the prisoner demands or does not demand a speedy trial at this time, please return both copies of this executed form with the receipted copies 2 and 3 of the Detainer to this office in the enclosed self-addressed envelope.

5. If the prisoner does not demand a speedy trial at this time and further elects to demand a speedy trial on these charges at a later date, you should obtain a new set of this Form USM-17 from the United States Marshal, have the prisoner complete the amended form, and forward both copies to this office.

Your cooperation is greatly appreciated.

1-USMS                                                    Form USM-17
                                                          (Est. 1/28/77)

EXHIBIT "A"

## WARRANTS
### MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK

NAME AND NUMBER: TYLER, Kent   W36204                    DATE  3/5/98

| DOCKET NUMBER | COURT OF ISSUE | TYPE OF WARRANT | CHARGE | DATE OF ISSUE | DISPOSITION |
|---|---|---|---|---|---|
|  | U.S. Marshals Service | Detainer | Distribution of Cocaine | 2-25-98 | Lodged |

You have the right to apply for a speedy trial on any untried indictment or complaint from any court in the Commonwealth under Mass. Rule 36 (b) and Chapter 279, Section 3 of Massachusetts General Laws.

From:   Records

cc:  Central Records
     Parole
     Inmate