```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

KENT TYLER,                     )
          Petitioner,           )
     v.                         )   C.A. No. 05-11755-GAO
                                )
U.S.A.,                         )
          Respondent            )
```

PROCEDURAL ORDER

On August 17, 2005, *pro se* petitioner Kent Tyler, a state prisoner currently incarcerated at MCI Norfolk, filed a document entitled "Motion to Dismiss United States Marshals Detainer and a request for a hearing entitled "Petition for Writ of Habeas Corpus Ad-Testificandum." The Clerks' Office opened these pleadings as a new civil action, C.A. No. 05-11755-GAO.

Petitioner alleges that he has been unable to obtain release on parole in connection with his state sentence because of the existence of a United States Marshals Service detainer against him. Petitioner alleges that the detainer was lodged in 1998 in connection with federal criminal charges against him. See U.S.A. v. Tyler, No. 98-CR-10333-PBS. A review of the docket in that action reveals that the federal charges against petitioner were dismissed on August 2, 2004 based on the government's failure to prosecute.

After a review of the pleadings filed by petitioner on August 17, 2005, and taking into account the relief sought, I have concluded that these pleadings should not have been opened as a new action. Instead, they should have been filed in petitioner's prior criminal action, Docket No. 98-CR-10333-PBS.

Accordingly, I direct the Clerk to dismiss this action (C.A. No. 05-11755-GAO) because it was opened in error. I further direct the clerk to docket petitioner's August 17, 2005 filings in No. 98-CR-10333-PBS.

SO ORDERED.

Dated at Boston, Massachusetts, this 16th day of November, 2005.

                                      s/ George A. O'Toole, Jr.
                                      UNITED STATES DISTRICT JUDGE