UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Kent Tyler</u>,

        Plaintiff,

                              Civil Action No.  05-11755-GAO

    v.

<u>U.S.A.</u>,

        Defendant(s).

<u>ORDER OF DISMISSAL</u>

<u>O'TOOLE, D.J.</u>

In accordance with this Court's order dated November 16, 2005, 2005, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Marjorie E. Lanier
Deputy Clerk

Date  11/17/05

(Notice of Dismissal Form.wpd - 12/98)                                                   [odism.]